THE STATE OF OHIO, APPELLEE, *v.* SMITH, APPELLANT.

[Cite as *State v. Smith* (1999), 84 Ohio St.3d 1241.]

(No. 97–2730—Submitted October 28, 1998—Decided February 10, 1999.)

*John F. Holcomb,* Butler County Prosecuting Attorney, *Daniel G. Eichel* and *Richard A. Hyde,* Assistant Prosecuting Attorneys, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *Lori J. Rankin,* Assistant State Public Defender, for appellant.

*Keith A. Yeazel,* urging reversal for *amicus curiae,* Ohio Association of Criminal Defense Lawyers.

*William Mason,* Cuyahoga County Prosecuting Attorney, and *Erika Ritt,* Assistant Prosecuting Attorney, urging affirmance for *amicus curiae,* Cuyahoga County Prosecutor's Office.

The cause is dismissed for want of a conflict within the meaning of S.Ct.Prac.R. IV(2)(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.